# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) | State | City |
|---|---|---|---|---|
| 64.91.220.134 | Comcast Cable Communications | 2011-12-05 03:28:19 | Texas | Houston |