IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| | Judge: |
| v. | |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF MILLENNIUM TGA, INC.'S CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff, Millennium TGA, Inc., does not have a parent corporation. No publicly-held company owns more than 5% of Plaintiff's stock.

Respectfully submitted,

MILLENNIUM TGA, INC.

DATED: December 22, 2011

By:   **DOUGLAS M. MCINTYRE & ASSOCIATES**

/s/ Douglas M. McIntyre
**DOUGLAS M. MCINTYRE (TX# 13681800)**
720 North Post Oak Road, Suite 610
Houston, Texas 77024
(713) 681-2611
(713) 461-3697– facsimile

COUNSEL FOR PLAINTIFF

1