# IN CHAMBERS TELEPHONE CONFERENCE MINUTES AND ORDER

**Cause Number**:_____H-11-4501_____

**Style**:_____Millennium TGA, Inc., v. John Doe____

**Appearances**:
**Counsel**:                                      **Representing**:

Douglas McIntyre_____Plaintiff_____
_____Defendant_____

**Date**:___2/9/12_____          **Ct. Reporter**:_____Mayra Malone_____
**Time**:__2:54 - 3:03 p.m._____

**At the hearing the Court made the following rulings**:
Motion to Expedite (Doc. #2) granted, order to follow.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this 4th day of February, 2012 .

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE