IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MILLENIUM TGA, INC.

    Plaintiff,

v.

JOHN DOE

    Defendants.

CASE NO. 11-cv-04501

Judge: Hon. Vanessa D. Gilmore

## **ORDER**

The Court has reviewed the Motion to Extend Time for Case Management Conference, and relevant case law. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time for Case Management Conference is GRANTED. The Rule 26(f) case management conference in this case will be on the _____ day of _____, 20___ at _____ a.m.

IT IS FURTHER ORDERED that counsel for Plaintiff is to provide any counsel appearing for Defendants with a copy of the Court's ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES filed in this case, and this ORDER as well.

DATE:_____

_____
Vanessa D. Gilmore
United States District Judge