IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENIUM TGA, INC. | CASE NO. 11-cv-04501 |
| Plaintiff, | |
| | Judge: Hon. Vanessa D. Gilmore |
| v. | |
| JOHN DOE | |
| Defendants. | |

## ORDER

The Court has reviewed the Motion to Extend Time for Case Management Conference, and relevant case law. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time for Case Management Conference is GRANTED. The Rule 26(f) case management conference in this case will be on the  6th  day of  July , 20 12 at  1:30  pm.

IT IS FURTHER ORDERED that counsel for Plaintiff is to provide any counsel appearing for Defendants with a copy of the Court's ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES filed in this case, and this ORDER as well.

DATE: 3-22-12

Vanessa D. Gilmore
United States District Judge