IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

MILLENNIUM TGA, INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 4:11-cv-4501

Judge: Hon. Vanessa D. Gilmore

**ORDER**

---

**ORDER DENYING MOTION TO QUASH**

The Court has reviewed Bruce Mulholland's Motion to Quash or Modify Subpoena (ECF No. 12), Plaintiff's Response to Mr. Mulholland's Motion (ECF No. 13), and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Bruce Mulholland's Motion to Quash or Modify Subpoena (ECF No. 12), is, in all respects, hereby DENIED.

DATE: _____

_____
The Honorable Vanessa D. Gilmore
United States District Judge