May 1, 2012

114 Preston Drive
North Wales, PA 19454

COMCAST, Inc.
NE&TO
659 Centerton Road
Moorestown, NJ 08057

Comcast Legal Response Center:

I am writing this letter for 2 reasons:

**1) to protest and _demand_ that you stop sharing private information about my Comcast account with any other parties (short of government requirements regarding national security interests); and,**

**2) to inform you that I will be using the information sent to me in your name to illustrate and promote the necessity for neutrality and privacy in internet communications.**

I have no knowledge of the supposed files you have written to me about and I certainly do not have them in my possession.

Further, I do not recognize, authorize, condone nor in any way seek to permit your right to share information about my internet use with any third party without my expressed and uncoerced permission.

In addition, I am voicing my grave concern that Comcast is lending its services to the surpression of the interchange of information and ideas over what is a fully public though commercial Internet service.

Finally, I will be using the notice sent to me in evidence to be sent to government officials, elected representatives, public media and legal counsel clearly showing legal and commercial intimidation by Comcast and parties outside my knowledge and commercial participation.

I have had no contact or dealings whatsoever with Millennium TGA, Inc. and frankly resent the blatant intimidation and coercive tactics of a newly formed "management consulting company" to use courts in Texas to malign and harass Comcast customers.

# _Stop the intimidation._

## ***You are involved in clear corporate bullying, harassment and gross over-reach of a voluntary commercial relationship.***

*I notice today that Comcast is posting an increase of 30% in yearly profits and I would remind you how much adverse legal problems, severe negative publicity and government regulation would hamper the growth of corporate profitability – let alone an exodus of paying customers.*

Private profit from what is growing to be a widely shared PUBLIC network of information is a privilege that Comcast should not seek to abuse.

Thank you for your immediate and further compliance with all my requests herein.

Lawrence M. Turner


Cc: United States District Court for Southern District of Texas
   United States Court House
   515 Rusk Avenue
   Houston, TX 77002

   United States District Court for District of Columbia
   333 Constitution Avenue, N.W.
   Washington, D.C. 20001

   Millennium TGA, Inc.
   3133 W. Burbank Boulevard
   Burbank, CA 91505-2314



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

April 26, 2012

*Personal and Confidential*

*Via UPS Delivery*
MR LAWRENCE TURNER
114 PRESTON DR
NORTH WALES, PA 19454

    Re:    *Millennium TGA, Inc. v. John Doe*
           United States District Court for the Southern District of Texas
           Docket No: 4:11-cv-04501; Order Entered February 9, 2012

           United States District Court for the District of Columbia
           Docket No.: 1:12-mc-00150; Order Entered April 17, 2012
           Comcast File #: 356538

Dear Mr Lawrence Turner:

    Millennium TGA, Inc. has filed a federal lawsuit in the United States District Court for the Southern District of Texas under Docket Number 4:11-cv-04501 and simultaneously in the District of Columbia under Docket Number 1:12-mc-00150 alleging infringement of copyright laws by certain individuals identified only by their assigned Internet Protocol ("IP") address. Each Internet Service Provider, including Comcast, is ordered to provide identification of their subscribers who were assigned those IP addresses during that specified date and time.

    You have been identified in our records via your assigned IP address, which is unique to each internet user, in this lawsuit for allegedly infringing Millennium TGA, Inc.'s copyrights on the Internet by uploading or downloading a movie without permission. This was allegedly done using a device assigned the IP address 71.225.35.193 on 11/23/2011 23:39:51 GMT. The Courts have ordered Comcast to supply your name, address and other information to Millennium TGA, Inc. (see attached Orders) and accompanying Subpoena. The case has been assigned Docket Numbers 4:11-cv-04501 and 1:12-mc-00150 by the courts. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

    Comcast will provide your name, address and other information as directed in the Orders unless you or your attorney file something with both the Southern District of Texas and the District of Columbia such as a motion to quash or vacate the Subpoena **no later than May 29, 2012**. Should you choose to contest the release of your information by filing legal process with the court, it must be filed in both courts where the lawsuit is filed. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to **(866) 947-5587 no later than May 29, 2012. Please note that Comcast cannot accept or file any legal action on your behalf**. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Orders to the Plaintiff on the next business day after May 29, 2012.

    If you have legal questions about this matter, please contact an attorney.

                                    Sincerely yours,

                                  Comcast Legal Response Center

Attachments:    Copy of Court Orders and accompanying Subpoena regarding civil action

Lawrence & Loretta Turner
114 Preston Drive
North Wales, PA 19454-4225

SOUTHEASTERN PA 193
03 MAY 2012 PM 1 T

7002150

United States District Court
for Southern Texas
United States Court House
515 Rusk Avenue
Houston, TX 77002

