IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| | Judge: Hon. Vanessa D. Gilmore |
| v. | |
| JOHN DOE, | **ORDER** |
| Defendant. | |

## ORDER DENYING MOTION TO QUASH

The Court has reviewed Richard Bonheim's Motion to Quash Subpoena Served upon Custodian of Records, Cox Communications, and Memorandum of Authorities (ECF No. 10), Plaintiff's Response to Mr. Bonheim's Motion (ECF No. 11), and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Richard Bonheim's Motion to Quash (ECF No. 10), is, in all respects, hereby DENIED.

DATE: May 10 2012

_____
The Honorable Vanessa D. Gilmore
United States District Judge