May 10, 2012

United States District Court for the Southern District of Texas
Attn: David J Bradley
Clerk of the Courts
P O Box 61010
Houston, TX 77208

RE: Docket No.: 4:11-cv-04501

United States Courts
Southern District of Texas
FILED

MAY 14 2012

David J. Bradley, Clerk of Court

United States District Court
333 Constitution Ave NW
Washington DC 20001

RE: Docket No.: 1:12-mc-00150 Comcast File #: 356554

In case of Millennium TGA, Inc v. John Doe my IP address has been identified by Comcast Cable Communication (71.237.99.128). I am requesting that my reference be quashed from the proceedings as a breach of constitutional privacy between myself and my contract with Comcast. I also deny that I downloaded anything illegally.

Rebecca Masanetz
967 Winona Cir
Loveland, CO 80537

Rebecca Masanetz
967 Winona Cir
Loveland, CO 80537



7011 3500 0002 1842 4255

CERTIFIED MAIL™

United States District Court for the Southern
District of Texas
Attn: David J Bradley
Clerk of the Courts
P O Box 61010
Houston, TX 77208



1000



77208

U.S. POSTAGE
PAID
LOVELAND, CO
80538
MAY 10, 12
AMOUNT
$3.40
00090920-05

