IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 21 2012

David J. Bradley, Clerk of Court

MILLENIUM TGA INC.,

CASE NO. 4:11-CV-4501

    Plaintiff,

v.

    Judge:

JOHN DOE

    Magistrate Judge:

    Defendant.

### Comcast Subscriber's Objection to Subpoena to Produce

John Doe, AKA Comcast subscriber with IP 67.175.216.101 on 2011-11-06 00:22:30 files this Motion to Quash the Subpoena served on Comcast Cable Communications LLC and files this pro-se, and asks the Court to quash for the reason that John Doe was a subscriber of Comcast internet but had been using it on an unsecured wireless network, leaving him or her at risk of being held accountable for the actions of any unknown party using the internet connection.

"IP subscribers are not necessarily copyright infringers…The infringer might be the subscriber, someone in the subscriber's household, a visitor with her laptop, a neighbor, or someone parked on the street at any given moment." Order of Apr. 29, 2011, VPR Internationale v. DOES 1-1017, No. 2:11-cv-02068 (Central District of Illinois) (Judge Harold A. Baker).

John Doe was unaware of the legal implications that could come along with having an unsecured wireless network.

*John Doe*

Comcast Subscriber with
IP  67.175.216.101 on 2011-11-06 00:22:30

Comcast subscriber with IP 67.175.216.101 on 2011-11-06 00:22:30
Pro-Se