UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

United States Courts
Southern District of Texas
FILED
MAY 2 2 2012

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-4501 |
|---|---|---|---|
| MILLENNIUM TGA, INC., | | | |
| *versus* | | | |
| JOHN DOE | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Justin C. Mikowski<br>Mikowski & Leonard, LLC<br>60 State St., Suite 700<br>Boston, MA 02109<br>(617) 651-1150<br>MA 678595<br>MA Dist. 678595, USPTO 68,261 |
| Seeks to appear for this party: | Jane Doe [IP Address: 75.67.75.108] |
| Dated:   5/16/2012 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: active | |
| Dated: 5/22/12 | Clerk's signature: *Lyons* |

Order

Dated: 5-23-12

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge