*Via UPS Delivery*
MR GARLAND JOHNSON
8254 NEW HAMPSHIR AV
SILVER SPRING, MD 20903

United States District Court
Southern District of Texas
FILED

MAY 2 4 2012

David J. Bradley, Clerk of Court

Re:   *Millennium TGA, Inc. v. John Doe*
       United States District Court for the Southern District of Texas
       Docket No: 4:11-cv-04501; Order Entered February 9, 2012

       United States District Court for the District of Columbia
       Docket No.: 1:12-mc-00150; Order Entered April 17, 2012
       Comcast File #: 356502

Dear Mr Garland Johnson:

Millennium TGA, Inc. has filed a federal lawsuit in the United States District Court for the Southern District of Texas under Docket Number 4:11-cv-04501 and simultaneously in the District of Columbia under Docket Number 1:12-mc-00150 alleging infringement of copyright laws by certain individuals identified only by their assigned Internet Protocol ("IP") address. Each Internet Service Provider, including Comcast, is ordered to provide identification of their subscribers who were assigned those IP addresses during that specified date and time.

You have been identified in our records via your assigned IP address, which is unique to each internet user, in this lawsuit for allegedly infringing Millennium TGA, Inc.'s copyrights on the Internet by uploading or downloading a movie without permission. This was allegedly done using a device assigned the IP address 69.255.193.95 on 11/07/2011 02:50:58 GMT. The Courts have ordered Comcast to supply your name, address and other information to Millennium TGA, Inc. (see attached Orders) and accompanying Subpoena. The case has been assigned Docket Numbers 4:11-cv-04501 and 1:12-mc-00150 by the courts. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

Comcast will provide your name, address and other information as directed in the Orders unless you or your attorney file something with both the Southern District of Texas and the District of Columbia such as a motion to quash or vacate the Subpoena **no later than May 29, 2012**. Should you choose to contest the release of your information by filing legal process with the court, it must be filed in both courts where the lawsuit is filed. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to **(866) 947-5587 no later than May 29, 2012. Please note that Comcast cannot accept or file any legal action on your behalf.** If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Orders to the Plaintiff on the next business day after May 29, 2012.

If you have legal questions about this matter, please contact an attorney.

Sincerely yours,

Comcast Legal Response Center

Attachments:   Copy of Court Orders and accompanying Subpoena regarding civil action