IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| Millennium TGA, Inc. § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | C.A. No. 4:11-cv-04501 | |
| § | | |
| John Doe § | | |
| Defendant. § | | |
| § | | |

### ORDER GRANTING JANE DOE 2's MOTION FOR PROTECTIVE ORDER

The Court, after having considered Jane Doe 2's Motion for Protective Order and other related responses and briefing is of the opinion that Jane Doe 2's Motion for Protective Order should be GRANTED.

IT IS THEREFORE ORDERED that Jane Doe 2's Motion for Protective Order is, in all respects, GRANTED.