**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**(HOUSTON DIVISION)**

| | | |
|---|---|---|
| | § | |
| Millennium TGA, Inc. | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. <u>4:11-cv-04501</u> |
| | § | |
| John Doe | § | |
|       Defendant. | § | |
| | § | |

**<u>ORDER GRANTING JOHN DOE 2's MOTION FOR PROTECTIVE ORDER</u>**

The Court, after having considered John Doe 2's Motion for Protective Order and other related responses and briefing is of the opinion that John Doe 2's Motion for Protective Order should be GRANTED.

IT IS THEREFORE ORDERED that John Doe 2's Motion for Protective Order is, in all respects, GRANTED.