UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | | |
| § | CIVIL ACTION NO. 4:11-cv-44501 | |
| JOHN DOE, § | | |
| § | | |
| Defendant § | | |
| § | | |
| _____/ § | | |

## ORDER ON MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

On this day came on to be considered the Motion to Quash and Motion for Protective Order filed by Movant, an alleged "co-conspirator" identified by Internet Protocol ("IP") Address 174.62.172.208. After reviewing the motion and other pleadings on file, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that the subpoena seeking personal information associated with Movant's IP Address, 174.62.172.208 be, and is hereby quashed.

SIGNED _____, 2012.

_____
Judge Presiding