United States District Court
Southern District of Texas
**FILED**

MAY 02 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11cv4501 |
|---|---|---|---|
| Millennium TGA, Inc. ||||
| *versus* ||||
| John Doe ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer M. Tomka<br>Boucher Law Firm<br>5555 S. 27th Street, Suite A<br>Lincoln, NE 68516<br>402.475.3865<br>Nebraska License No. 19955<br>Eighth Circuit and Fed. D. Crt for D. Neb. |
| Seeks to appear for this party: | Jane Doe [IP Address 75.135.25.178] |
| Dated: 5/23/2012 | Signed: *[signature]* |

| | |
|---|---|
| The state bar reports that the applicant's status is: | Active |
| Dated: 5/30/12 | Clerk's signature: *[signature]* |

Order

Dated: 5-30-12

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge