UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**FILED**
MAY 29 2012
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-4501 |
|---|---|---|---|
| MILLENNIUM TGA, INC. | | | |
| *versus* | | | |
| JOHN DOE | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | John A. Arsenault<br>Wessels & Arsenault, L.L.C.<br>1333 W. 120th Ave. Suite 302<br>Westminster, Colorado 80234<br>303-459-7898<br>Colorado: 41327<br>Admitted: Colorado Federal District Court |
|---|---|
| Seeks to appear for this party: | "Co-conspirator" @ IP address: 67.176.119.129 |
| Dated: 05/24/2012 | Signed: [signature] |

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 5/30/12 | Clerk's signature: [signature] |

Order

Dated: 5-30-12

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge