# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States District Cou
Southern District of Texa
FILED

JUN 6 2012

David J. Bradley, Clerk of Cou

Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

---

Case: 4:11-cv-04501   Instrument: 30   (1 pages)   pty
Date: May 25, 2012
Control: 120513610
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

t

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| v. | Judge: Hon. Vanessa D. Gilmore |
| JOHN DOE, | ORDER |
| Defendant. | |

### ORDER DENYING MOTION TO QUASH

The Court has reviewed Bruce Mulholland's Motion to Quash or Modify Subpoena (ECF No. 12), Plaintiff's Response to Mr. Mulholland's Motion (ECF No. 13), and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Bruce Mulholland's Motion to Quash or Modify Subpoena (ECF No. 12), is, in all respects, hereby DENIED.

DATE: 5-24-12

The Honorable Vanessa D. Gilmore
United States District Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

NSS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 MAY 29 2012
$ 000.45

United States District Court
Southern District of Texas
FILED
JUN 6 2012
David J. Bradley, Clerk of Court

NIXIE
957   DE 1   00   06/02/12
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 77208101010   *1433-04467-29-37*