IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | Judge: Hon. Vanessa D. Gilmore |
| v. | |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S RESPONSE TO MOVANT'S LETTER IN OPPOSITION**

An anonymous individual ("Movant") filed a letter opposing the release of his personal information by Charter Communications to Plaintiff. (ECF No. 36.) To the extent Movant's letter is viewed as a motion to quash it should be denied. Movant has brought his "motion" before the wrong Court.[1] *Pacific Century International, LTD. v. Does 1-30*, No. 11-3035 (S.D. Tex. Nov. 16, 2011), ECF No. 10 ("The authority to rule on motions regarding subpoenas is vested in the court for the district from which they are issued.") Further, Movant has not provided a basis to quash Plaintiff's subpoena under the Rules. *See* Fed. R. Civ. P. 45(c). The Court should deny Movant's request.

[intentionally left blank]

---

[1] The subpoena issued to Charter Communications was issued from the District of Columbia.

1

                                                               2

Respectfully submitted,

MILLENNIUM TGA, INC.

DATED: June 11, 2012

By: **DOUGLAS M. MCINTYRE & ASSOCIATES**

/s/ Douglas M. McIntyre
**DOUGLAS M. MCINTYRE (TX# 13681800)**
720 North Post Oak Road, Suite 610
Houston, Texas 77024
(713) 681-2611
(713) 461-3697– facsimile
COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on June 11, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5.3.

                  /s/ Douglas M. McIntyre
                  DOUGLAS M. MCINTYRE