| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-04501 |
|---|---|---|---|
| Millennium TGA, Inc. ||||
| *versus* ||||
| Does 1-939 ||||

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 12 2012

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jason E. Sweet<br>Booth Sweet LLP<br>32R Essex Street<br>Cambridge, MA 02139<br>617-250-8619<br>BBO#668596 |
|---|---|
| Seeks to appear for this party: | John Doe 112/IP Address 184.155.204.241 |
| Dated:   5/31/2012 | Signed: [signature] |

| The state bar reports that the applicant's status is: ACTIVE ||
|---|---|
| Dated: 6/12/12 | Clerk's signature: [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 6-13-12 | [signature]<br>United States District Judge |