IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MILLENNIUM TGA, INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 4:11-cv-4501

Judge: Honorable Judge Vanessa D. Gilmore

United States District Court
Southern District of Texas
FILED

JUN 19 2012

David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208

### NOTE TO CLERK OF COURT REGARDING REPRESENTATION

Dear Clerk of Court,

    Please note that in the above-captioned matter, the motion (ECF No. 41) filed by Robert Roe, IP Address 24.9.185.46, is completely separate from the motion (ECF No. 40) filed by "Alleged Co-conspirator Robert Roe [IP: 67.176.119.129]," by and through counsel John A. Arsenault.

    It is only by coincidence that both motions were filed on the same day using the same "Robert Roe" pseudonym. The two motions and the respective interested parties are not directly related. The Robert Roe who filed ECF No. 41 is appearing pro se at this time and is not represented by John A. Arsenault.

    Furthermore, the Robert Roe who filed ECF No. 41 is not the named "John Doe" defendant in the case, but is rather an un-named "co-conspirator" in the above-captioned matter and should therefore likely be referred to as Movant rather than Defendant.

    Your kind attention in correcting these likely inadvertent mistakes is greatly appreciated.

Regards,

/s/

Dated: June 4, 2012

Robert Roe [IP Address 24.9.185.46],
pro se,
2885 Sanford Ave SW #21241
Grandville, MI 49418