IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-4501 |
| JOHN DOE, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Movant's Motion to Quash or Vacate the Subpoena **(Instrument No. 27)** is **DENIED without prejudice** to re-urging by the proper party in the proper venue.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 22nd day of June, 2012, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE