IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| v. | Judge: Hon. Vanessa D. Gilmore |
| JOHN DOE, | ORDER |
| Defendant. | |

## ORDER DENYING MOTIONS FOR PROTECTIVE ORDERS

The Court has reviewed the Movants' Motions for Protective Order (ECF Nos. 31, 32), Plaintiff's Response to Movants' Motions for Protective Orders, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movants' Motions for Protective Order (ECF Nos. 31, 32), are, ~~in all respects, hereby~~ DENIED. *without prejudice to re-urging by the proper party in the proper venue.*

DATE: *June 22, 2012*

_____
The Honorable Vanessa D. Gilmore
United States District Judge