# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

MILLENNIUM TGA, INC.,

      Plaintiff,

v.

JOHN DOE,

      Defendant.

CASE NO. 4:11-cv-4501

Judge: Hon. Vanessa D. Gilmore

**ORDER**

---

**ORDER DENYING MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER**

The Court has reviewed the Movant's Motion to Quash and Motion for Protective Order (ECF No. 33), Plaintiff's Response to Movant's Motion to Quash and Motion for Protective Order(ECF No.33), and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion to Quash and Motion for Protective Order (ECF No. 33), is, ~~in all respects, hereby~~ DENIED. *without prejudice to re-urging by the proper party in the proper venue.*

DATE: *6-22-12*

*[signature]*
The Honorable Vanessa D. Gilmore
United States District Judge