IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| v. | Judge: Hon. Vanessa D. Gilmore |
| JOHN DOE, | **ORDER** |
| Defendant. | |

## ORDER DENYING MOTION TO QUASH OR VACATE SUBPOENA

The Court has reviewed the Movant's Motion to Quash or Vacate Subpoena (ECF No. 35), Plaintiff's Response to Movant's Motion to Quash or Vacate Subpoena, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion to Quash or Vacate Subpoena (ECF No. 35), is, ~~in all respects, hereby~~ DENIED. With prejudice to re-urging in the proper venue by the proper party.

DATE: 6-22-12

The Honorable Vanessa D. Gilmore
United States District Judge