IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MILLENNIUM TGA, INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 4:11-cv-4501

Judge: Hon. Vanessa D. Gilmore

ORDER

## ORDER DENYING MOTION TO QUASH/SEVER

The Court has reviewed the Movant's Motion to Quash/Sever/Dismiss and/or Issue a Protective Order (ECF No. 41), Plaintiff's Response to Movant's Motion, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion to Quash/Sever/Dismiss and/or Issue a Protective Order (ECF No. 41), is, ~~in all respects, hereby~~ DENIED. without prejudice to re-urging by the proper party in the proper venue.

DATE: 6-22-12

The Honorable Vanessa D. Gilmore
United States District Judge