IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-4501 |
| JOHN DOE, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Movant Jane Doe's Motion for Special Appearance **(Instrument No. 38-1)** is **DENIED without prejudice**. Movant may re-urge the motion as a motion to dismiss under Rule 12, F.R.C.P. This is a federal court.

IT IS FURTHER ORDERED that the Motion to Quash **(Instrument No. 38-2)** DENIED **without prejudice to re-urging** by the proper party in the proper venue.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 22nd day of June, 2012, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE