**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-4501 |
| | § | |
| JOHN DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## O R D E R

IT IS HEREBY ORDERED that Movant John Doe's Motion to Quash or Vacate the Subpoena (**Instrument No. 57**) is **DENIED without prejudice** to re-urging by the proper party in the proper venue.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ____ day of June, 2012, at Houston, Texas.

**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**