**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

JUL 0 2 2012

www.txs.uscourts.gov

David J. Bradley, Clerk of Court



Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

---

Case: 4:11-cv-04501   Instrument: 67   (1 pages)   pty
Date: Jun 22, 2012
Control: 120612256
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | Judge: Hon. Vanessa D. Gilmore |
| v. | |
| JOHN DOE, | ORDER |
| Defendant. | |

## ORDER DENYING MOTIONS FOR PROTECTIVE ORDERS

The Court has reviewed the Movants' Motions for Protective Order (ECF Nos. 31, 32), Plaintiff's Response to Movants' Motions for Protective Orders, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movants' Motions for Protective Order (ECF Nos. 31, 32), are, ~~in all respects, hereby~~ DENIED. *without prejudice to re-urging by the proper party in the proper venue.*

DATE: June 22, 2012

The Honorable Vanessa D. Gilmore
United States District Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUN 22 2012
$ 000.45°

David J. Bradley, Clerk of Court
JUL 02 2012

NIXIE            957 DE 1    00  06/27/12
        RETURN TO SENDER
          NO SUCH STREET
       UNABLE TO FORWARD
BC: 77208101010       *2968-06725-22-40