# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 0 2 2012
David J. Bradley, Clerk of Court

Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

---

Case: 4:11-cv-04501    Instrument: 66    (1 pages)   pty
Date: Jun 22, 2012
Control: 120612251
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208



US POSTAGE ≫ PITNEY BOWES

ZIP 77002
02 1W
0001374615 JUN 22 2012
$ 000.45°

UNITED STATES
SOUTHERN DISTRICT COURT
FILED
DISTRICT OF TEXAS

JUL 0 2 2012

David J. Bradley, Clerk of Court

NIXIE          957  DE 1          00  06/27/12
               RETURN TO SENDER
               NO SUCH STREET
               UNABLE TO FORWARD
BC: 77208101010          *2988-06732-22-40

5367142989010