# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

United States District Court
Southern District of Texas
RECEIVED

JUL 05 2012

Clerk of Court

Case: 4:11-cv-04501   Instrument: 73   (1 pages)   pty
Date: Jun 25, 2012
Control: 120612847
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-4501 |
| JOHN DOE, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Movant Jane Doe's Motion for Special Appearance **(Instrument No. 38-1) is DENIED without prejudice.** Movant may re-urge the motion as a motion to dismiss under Rule 12, F.R.C.P. This is a federal court.

IT IS FURTHER ORDERED that the Motion to Quash **(Instrument No. 38-2) DENIED without prejudice to re-urging** by the proper party in the proper venue.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 22nd day of June, 2012, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED

JUL 05 2012

David J. Bradley, Clerk of Court

NIXIE
RETURN TO SENDER
NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUN 26 2012
$ 000.45°