# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

United States District Court
Southern District of Texas
RECEIVED

JUL 05 2012

Clerk of Court

---

Case: 4:11-cv-04501   Instrument: 70   (1 pages)   pty
Date: Jun 22, 2012
Control: 120612284
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

MILLENNIUM TGA, INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 4:11-cv-4501

Judge: Hon. Vanessa D. Gilmore

**ORDER**

## ORDER DENYING MOTION TO QUASH/SEVER

The Court has reviewed the Movant's Motion to Quash/Sever/Dismiss and/or Issue a Protective Order (ECF No. 41), Plaintiff's Response to Movant's Motion, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion to Quash/Sever/Dismiss and/or Issue a Protective Order (ECF No. 41), is, ~~in all respects, hereby~~ DENIED. *without prejudice to re-urging by the proper party in the proper venue.*

DATE: 6-22-12

The Honorable Vanessa D. Gilmore
United States District Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED

JUL 0 5 2012

David J. Bradley, Clerk of Court

NIXIE



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 $ 000.45°
JUN 25 2012