AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| MILLENNIUM TGA, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:11-cv-04501 |
| JOHN DOE ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Southern District of Texas ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/Custodian of Records; Cable One, Inc. c/o C T Corporation System; 100 S. 5th st. Ste. 1075, Minneapolis, MN 55402

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, and e-mail addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Alpha Law Firm<br>900 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402 | Date and Time:<br>05/04/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 02/15/2012

CLERK OF COURT

OR

_____        _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Millennium TGA, Inc. _____, who issues or requests this subpoena, are:

Michael Dugas; Prenda Law, Inc.; 161 N. Clark St. Suite 3200, Chicago IL 60601; mkdugas@wefightpiracy.com; (312) 880-9160