IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| | Judge: Hon. Vanessa D. Gilmore |
| v. | |
| JOHN DOE, | **ORDER** |
| Defendant. | |

**ORDER DENYING MOTION TO QUASH SUBPOENA**

The Court has reviewed Movant's Consolidated Motion & Memorandum to Quash Subpoena Pursuant to Fed. R. Civ. P. 45 (ECF No. 79), Plaintiff's Response to Movant's Motion, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's Consolidated Motion & Memorandum to Quash Subpoena Pursuant to Fed. R. Civ. P. 45 (ECF No. 79), is, in all respects, hereby DENIED.

DATE: _____    _____
The Honorable Vanessa D. Gilmore
United States District Judge