# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

JUL 1 9 2012

David J. Bradley, Clerk of Court

Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

---

Case: 4:11-cv-04501   Instrument: 87   (1 pages)   pty
Date: Jul 5, 2012
Control: 12071694
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

U.S POSTAGE ≫ PITNEY BOWES

ZIP 77002
02 1W
0001374615 JUL 05 2012
$ 000.45⁰

United States Courts
Southern District of Texas
FILED
JUL 19 2012
David J. Bradley, Clerk of Court

NIXIE      957 DE 1      00  07/12/12
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 77208101010      *1433-01015-05-43