UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Millennium TGA, Inc.,**<br><br>        Plaintiff,<br><br>        v.<br><br>**John Doe,**<br><br>        Respondent. | Misc. Action No. 12-mc-00357 (RLW)<br><br>Underlying civil action pending in the U.S. District Court for the Southern District of Texas, No. 4:11-cv-4501 |

### ORDER

Upon consideration of Plaintiff Millennium TGA, Inc.'s ("Millennium") Motion to Compel Compliance with Subpoena (Docket No. 1), and responses thereto, and for the reasons set forth in <u>Millennium TGA, Inc. v. Comcast Cable Communications LLC</u>, --- F. Supp. 2d. ---, 2012 WL 2371426 (D.D.C. 2012), it is hereby

ORDERED that Millennium's motion is DENIED; it is further

ORDERED that within thirty (30) days from the date of this Order, Cequel III Communications II, LLC d/b/a Cebridge Connections ("Cebridge") shall provide to Plaintiff the city and state of residence for the subscriber associated with each of the IP addresses sought by the subpoena; and it is further

ORDERED that Cebridge shall preserve any data related to the IP addresses for a period of at least 180 days from the date of this Order.

**SO ORDERED.**
Date: August 14, 2012



Digitally signed by Judge Robert L. Wilkins
DN: cn=Judge Robert L. Wilkins, o=U.S. District Court, ou=Chambers of Honorable Robert L. Wilkins, email=RW@dc.uscourt.gov, c=US
Date: 2012.08.14 11:48:18 -04'00'

ROBERT L. WILKINS
United States District Judge

**EXHIBIT "A"**