IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MILLENIUM TGA, INC.,

    Plaintiff,

v.

JOHN DOES,

    Defendants.

CASE NO. 4:11-CV-4501

Judge: Hon. Vanessa D. Gilmore

**ORDER GRANTING MOTION TO RESET JOINT DISCOVERY PLAN CONFERENCE**

The Court has reviewed Movant's Motion to Extend Case, and the court's file noting no defendants having appeared, and relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion to Extend Joint Discovery Plan Conference, is GRANTED. The Joint Discovery Plan conference is reset to: _____.

DATE: _____

_____
The Honorable Vanessa Gilmore
United States District Judge