| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-04501 |
|---|---|---|---|
| Millennium TGA, Inc. ||||
| *versus* ||||
| John Doe ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Mark N. Melasky<br>Koeppel Traylor<br>2030 St. Charles Avenue<br>New Orleans, Louisiana 70130<br>(504) 598-1000<br>State of Louisiana (LSBA #34326)<br>U.S. District Court, EDLA (LSBA #34326) |
| Seeks to appear for this party: | Non-Party Doe (IP Address: 72.207.240.160) |
| Dated:       9/5/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order |   This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                         United States District Judge