IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Millennium TGA, INC. | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 11-cv-04501 |
| John Doe | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

IT IS ORDERED:

1. A protective order is GRANTED requiring Plaintiff not to publicly disclose Defendant's identifying information including name and address, and

2. All documents in this case that contain Non-Party Doe's (IP address 72.207.240.160) identifying information SHALL BE FILED UNDER SEAL.

Signed Sept. 11, 2012

_____
United States Magistrate Judge