IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:11-4501 |
| § | |
| JOHN DOE, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court has reviewed John Doe 112's Consolidated Motion & Memorandum to Quash Subpoena Pursuant to Fed. R. Civ. P. 45 **(Instrument No. 79)**, Plaintiff's Response to Movant's Motion, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that John Doe 112's Consolidated Motion & Memorandum to Quash Subpoena Pursuant to Fed. R. Civ. P. 45 **(Instrument No. 79)** is **DENIED**. However, a protective order is **GRANTED** requiring Plaintiff not to publicly disclose John Doe 112's identifying information, including name and address. All documents in this case that contain John Doe 112's identifying information SHALL BE FILED UNDER SEAL.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 12th day of September, 2012, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE