# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

---

Case: 4:11-cv-04501   Instrument: 106   (1 pages)   pty
Date: Sep  6, 2012
Control: 12093160
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

United States Courts
Southern District of Texas
FILED

SEP 19 2012

David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

US POSTAGE PITNEY BOWES
$ 000.45
ZIP 77002
02 1W
0001374615 SEP 06 2012

United States Courts
Southern District of Texas
FILED

SEP 19 2012

David J. Bradley, Clerk of Court

NIXIE          051    DE 1   00   09/16/12
         RETURN TO SENDER
          NO SUCH STREET
         UNABLE TO FORWARD
BC: 77208101010          *2988-03735-06-41