UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Millennium TGA, Inc.

v.  Case No.: 4:11–cv–04501
Judge Vanessa D Gilmore

John Doe, et al.

Defendant

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/14/12

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 13, 2012

David J. Bradley, Clerk