IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MILLENNIUM TGA, INC.,

    Plaintiff,

v.

                              CASE NO. 4:11-cv-04501

JOHN DOE,

    Defendant.

### MILLENNIUM TGA, INC.'S MOTION TO
### WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to LR83.2, Local Rules of the United District Court for the Southern District of Texas, Plaintiff Millennium TGA, Inc. requests that Douglas M. McIntyre of the firm Douglas M. McIntyre & Associates, 720 North Post Oak Road, Suite 610, Houston, TX 77024, be allowed to withdraw as counsel of record for Millennium TGA, Inc. in the above-captioned case, that he be removed from the electronic service list in this case, and that Doug Clemons of the firm Manfred Sternberg & Associates, P.C., 2425 Fountainview, Suite 160, Houston, TX 77057 be substituted as lead counsel for Millennium TGA, Inc. Mr. Clemons will be entering appearance for Millennium TGA, Inc. in this case.

Douglas M. McIntyre, Doug Clemons, and Plaintiff Millennium TGA, Inc. are all in agreement that this substitution is necessary to allow this case to proceed, and all agree that this motion is not sought for purposes of delay.

THEREFORE, Millennium TGA, Inc. respectfully requests that the Court grant this Motion to Withdraw and Substitute Counsel and for such other and further relief to which Millennium TGA, Inc. may be justly entitled.

Respectfully submitted,

DATED: November 14, 2012

By: /s/ Douglas M. McIntyre
**Douglas M. McIntyre (TX# 13681800)**
**DOUGLAS M. MCINTYRE & ASSOCIATES**
720 North Post Oak Road, Suite 610
Houston, Texas 77024
Telephone: (713) 681-2611
Facsimile:  (713) 461-3697

By: /s/ Doug Clemons
**Doug Clemons (TX# 24032083)**
**MANFRED STERNBERG & ASSOCIATES, P.C.**
2425 Fountainview, Suite 160
Houston, Texas 77057
Telephone: (713) 458-4089
Facsimile: (713) 622-9899

*Attorneys for Millennium TGA, Inc.*