IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MILLENNIUM TGA, INC.,

    Plaintiff,

CASE NO. 4:11-cv-04501

v.

JOHN DOE,

    Defendant.

### ORDER

This matter comes before the Court on a Motion for Withdrawal of Counsel and Motion for Substitution of Counsel. Douglas M. McIntyre requests permission to withdraw as counsel and Doug Clemons requests permission to be substituted in place of Douglas M. McIntyre. Pursuant to LR83.2, the Court will grant both Motions.

THEREFORE, it is now ORDERED:

(1) The Motion for Withdrawal of Counsel and Motion for Substitution of Counsel is GRANTED. Douglas M. McIntyre, 720 North Post Oak Road, Suite 610, Houston, TX 77024, shall be removed as Counsel of Record and released of any further responsibility.

(2) Doug Clemons of the firm Manfred Sternberg & Associates, P.C., 2425 Fountainview, Suite 160, Houston, TX 77057, shall be designated Counsel of Record on behalf of the Plaintiff.

DONE AND ORDERED this _16th_ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE