AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:11-CV-4501 |
| JOHN DOE, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MILLENNIUM TGA, INC.

Date:     11/15/2012

*Attorney's signature*

DOUG CLEMONS (#24032083)
*Printed name and bar number*

MANFRED STERNBERG & ASSOCIATES, P.C.
2425 FOUNTAINVIEW, SUITE 160
HOUSTON, TX 77057

*Address*

doug@msternberg.com
*E-mail address*

(713) 458-4089
*Telephone number*

(713) 622-9899
*FAX number*