# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of txs.uscourts.gov
FILED

NOV 28 2012

David J. Bradley, Clerk of Court

Richard A. Bonheim
41785 Sultana Rd.
Dinuba CA US 93618

---

Case: 4:11-cv-04501   Instrument: 115   (1 pages)   pty
Date: Nov 13, 2012
Control: 12115241
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

US POSTAGE PITNEY BOWES
$ 000.45
ZIP 77002
0001374615 NOV 14 20

United States Courts
Southern District of Texas
FILED
NOV 26 2012
David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208