IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CASE NO. 4:11-cv-4501 <br><br> Judge: Honorable Judge Vanessa D. Gilmore |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

MILLENNIUM TGA, INC.

DATED: December 14, 2012

By: /s/ Doug Clemons
**Doug Clemons (TX# 24032083)**
**MANFRED STERNBERG & ASSOCIATES, P.C.**
2425 Fountainview, Suite 160
Houston, Texas 77057
Telephone: (713) 458-4089
Facsimile: (713) 622-9899
*Attorney for Millennium TGA, Inc.*

1