UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:11-CV-4501 |
| § | |
| JOHN DOE, *et al*, § § | |
| Defendants. § | |

### ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed on December 14, 2012 **(docket entry no. 122)**, this action is **DISMISSED** without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this 14th day of December, 2012, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE