# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Richard A. Bonheim
41785 Sultana Rd.
Dinuba  CA US  93618

UNITED S       S COURT
THERN L       CT OF TL
FILED

DEC 2 1 2012

David J. Bradley, Clerk of Court

Case: 4:11-cv-04501    Instrument: 121    (1 pages)  pty
Date: Dec  7, 2012
Control: 12122085
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Millennium TGA, Inc.

v.                                          Case No.: 4:11–cv–04501
                                            Judge Vanessa D Gilmore

John Doe, et al.

                        Defendant

---

### NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/14/12

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:    December 5, 2012

                                            David J. Bradley, Clerk

US POSTAGE PITNEY BOWES

$ 000.45

ZIP 77002
02 1W
0001374615 DEC 10 2012

957  DE 1       00 12/15/12

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NIXIE

BC: 77208101010    *0233-04548-10-38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 2 1 2012

David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208