IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | CASE NO. 4:11-cv-4501 |
| Plaintiff, | |
| | Judge: Honorable Judge Vanessa D. Gilmore |
| v. | |
| | **[PROPOSED] ORDER DENYING** |
| JOHN DOE, | **ANONYMOUS MOVANT'S MOTION TO** |
| | **ALTER OR AMEND THE JUDGMENT** |
| Defendant. | **PURSUANT TO FED. R. CIV. P. 59(e)** |

**[PROPOSED] ORDER DENYING ANONYMOUS MOVANT'S MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

On January 11, 2013, an anonymous Movant, identified only as "John Doe 112/IP Address 184.155.204.241" (*See* ECF No. 126), moved the Court to alter the final judgment issued by the Court, asserting that the Court should "amend its Order of Dismissal and provide that dismissal is with prejudice." (ECF No. 127 at 1.)

THIS COURT has reviewed Movant's Motion, Plaintiff's Response, relevant case law, the pertinent portions of the record, and is otherwise advised on the premise. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion to Alter the Judgment is DENIED;

IT IS FURTHER ORDERED that the judgment dismissing the instant action without prejudice shall constitute the final judgment of this Court with respect to the instant action.

IT IS SO ORDERED.

Dated: _____   _____
                                         Hon. Judge Vanessa D. Gilmore
                                         United States District Judge