## MANFRED STERNBERG & ASSOCIATES, P.C.
ATTORNEYS AT LAW
2425 FOUNTAINVIEW
HOUSTON, TEXAS 77057

MANFRED STERNBERG, JR.*
DANA L. KIRKPATRICK
DOUG K. CLEMONS
\* Board Certified: Consumer Law
Also admitted in Louisiana

TELEPHONE: (713) 622-4300
FACSIMILE: (713) 622-9899

February 6, 2013

Honorable Vanessa D. Gilmore
United States District Court for the Southern District of Texas
United States Courthouse
515 Rusk Street, Room 9513
Courtroom 9A
Houston, Texas 77002

Re: *Millennium TGA, Inc. v. John Doe, No. 4:11-cv-4501 (S.D. Texas 2011)*

Dear Judge Gilmore:

I write to respond to the letter filed with the Court by attorneys Mark N. Melasky and W. Scarth Clark on January 28, 2013. Attorneys Melasky and Clark appear to be under the mistaken belief that the Court's Protective Order releases their clients from any liability associated with infringing on Plaintiff's copyrighted works. Plaintiff has reason to believe that these individuals infringed on multiple of its copyrighted works. Certainly, a protective order is not a blank check for future infringement. Plaintiff understands the Court's Protective Order and continues to abide by it very carefully.

Thank you for your attention to this matter.

Sincerely,

Doug K. Clemons