UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC. | )<br>)<br>) |
| Plaintiff, | )  Case No. 4:11-cv-04501 |
| v. | )<br>)<br>) |
| JOHN DOE, | )<br>) |
| Defendants. | )<br>) |

[~~PROPOSED~~] ORDER

Upon consideration of Defendant's Motion to Alter or Amend Judgement, and the entire record herein, the Court's December 14 Order (Dkt. No. 123) is AMENDED. Pursuant to Rule 41(a)(1)(B) this action is now DISMISSED WITH PREJUDICE.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on ~~January~~ Feb 19, 2013, at Houston, Texas.

Vanessa D. Gilmore
United States District Judge