IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CASE NO. 4:11-cv-4501 <br><br> Judge: Honorable Judge Vanessa D. Gilmore <br><br> [PROPOSED] ORDER DENYING ANONYMOUS MOVANT'S MOTION FOR ATTORNEY'S FEES |

## [PROPOSED] ORDER DENYING ANONYMOUS MOVANT'S MOTION FOR ATTORNEY'S FEES

On January 11, 2013, an anonymous Movant, identified only as "Defendant John Doe (I.P. Address 50.46.205.98)" (*See* ECF No. 128), moved the Court to award attorney's fees to Movant pursuant to 17 U.S.C. § 505.

THIS COURT has reviewed Movant's Motion, Plaintiff's Response, relevant case law, the pertinent portions of the record, and is otherwise fully advised on the premise. Accordingly,

IT IS HEREBY ORDERED that Movant's Motion for attorney's fees is DENIED.

IT IS SO ORDERED.

Dated: 2-19-13

Hon. Judge Vanessa D. Gilmore
United States District Judge