IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILLENNIUM TGA, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:11-4501 |
| JOHN DOE, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Defendant's Motions for Attorney Fees **(Instrument Nos. 136 and 137) are DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 16th day of April, 2013, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE